OFFICE OF DISCIPLINARY COUNSEL *v.* GROVE.

[Cite as *Disciplinary Counsel v. Grove* (2000), 90 Ohio St.3d 312.]

(No. 00–1146—Submitted August 22, 2000—Decided November 15, 2000.)

*Jonathan E. Coughlan,* Disciplinary Counsel, for relator.

*Victor A. Hodge,* for respondent.

---

***Per Curiam.*** We adopt the findings, conclusions, and recommendation of the board. We hereby publicly reprimand respondent and tax costs to him.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.